Mrs. Betty E. King
204 Adams Court
Hanover, PA. 17331
717-637-7026

July 5, 2006

Attorneys-at-Law
David McNight, James Weller, John C. Ninfo II
130 East Main Street
Rochester, N.Y. 14604

IN RE: Betty E. King Creditor
Gates Community Chapel, Freedom Village of Rochester, Inc.
D/B/A   Freedom Village USA   Fletcher Brothers

Gentleman:

As a Follow up letter from William W. Hafer Attorney At Law Letter dated April 30, 1993. I am Betty King's Daughter Robin A. Huff I am representing my mother. I am enclosing herewith a copy of both letters from the Attorney Hafer. And a Copy of the original copy of the loan my mother has signed.

My mother is 78 years old and hard of hearing she is still working part time to support her self. She is going down in health because she needs this money to pay her bills and taxes. She would not have to work if you could see fit to please pay her back the $ 47,000.00 she had given the Freedom Village. There have been people that have died and not have received there money back. She really needs this to stay alive. I love my mother and I would like her to live a little longer. She has been more than patient and has not sued anyone. Can you please see fit to help her. I am sure you have family that sit in the Disbursement chair that you love also.

Please advise at your earliest convenience the status of my mothers claim of $ 47,000.00.

Very Truly Yours,

Robin A. Huff
Betty E. King

RECEIVED
JUL 1 0 2006

WILLIAM W. HAFER
ATTORNEY AT LAW
215 BALTIMORE STREET
HANOVER, PENNSYLVANIA
17331

AREA CODE 717
TELEPHONE 637-5118

April 30, 1993

Lacy, Katzen, Ryen & Mittleman
Attorneys-at-Law
The Granite Building
130 East Main Street
Rochester, NY  14604-1686

In Re:  Betty King, Creditor
        Gates Community Chapel of Rochester, Inc.
        d/b/a Freedom Village USA

Gentlemen:

As I reported in my letter of September 11, 1990 re the above matter, I represent Betty King of 480 Clearview Road, Hanover, Pennsylvania, 17331. I am enclosing herewith a copy of my letter of September 11, 1990 for your information.

I recently have received a copy of the Fifth Amended Plan of Reorganization as accepted and ordered by the United States Bankruptcy Court, Western District of New York and I have reviewed the same and I have the following question regarding my client's claim.

Would you please advise at your earliest convenience the status of my client's claim of $47,000.00, plus interest, in regards to this Fifth Amended Plan of Reorganization, which has been accepted by the Court.

For your information I am enclosing herewith a copy of the loan agreement regarding the claim of my client against Gates Community Chapel of Rochester, Inc.

I am sending a copy of this letter to the bankrupt, Gates Community Chapel of Rochester, Inc., t/d/b/a Freedom Fillage USA and to its respective counsel, David D. MacKnight.

I would appreciate a reply to this inquiry at your earliest convenience.

Very truly yours,

W. W. Hafer

WWH/ls
Enclosures
cc:  David D. MacKnight, Esquire
     Betty King
     Gates Community Chapel

September 11, 1990

Lacy, Katzen, Ryen & Mittleman
Attorneys-at-Law
The Granite Building
130 East Main Street
Rochester, NY  14604-1686

In Re:  Betty King, Creditor
        Gates Community Chapel of Rochester, Inc.
        d/b/a Freedom Village USA

Gentlemen:

I represent Betty King of 460 Clearview Road, Hanover, Pennsylvania, 17331.

In regards to the reorganization of Gates Community Chapel of Rochester, Inc., d/b/a Freedom Village USA, being bankruptcy case number 90-21729, in the Western District of New York, Mrs. King is a creditor against the bankrupt for the amount of $47,000.00, with delinquent interest of 14% for seven (7) months. I am enclosing herewith a copy of the agreement that has been signed by and between the parties in interest, evidencing the fact that Mrs. King is due and owing the sum of $47,000.00 and said loan is to bear interest at the rate of 14% per annum, or a monthly amount of $548.33.

This notice is forwarded to you in keeping with the notice that has been received by my client from Honorable Edward D. Hayes, the United States Bankruptcy Judge.

No interest has been received by my client on this loan for the past several months, therefore, there is a claim of seven (7) months interest @ $548.33, or a total of $3,838.31 interest.

Therefore, the total claim of my client is for the principal sum of $47,000.00 and interest as of September 1, 1990 of $3,838.31 and it is further requested that this claim is listed as a creditor in the above-captioned bankruptcy case.

I am sending a copy of this letter to the bankrupt, Gates Community Chapel of Rochester, Inc., d/b/a Freedom Village USA and to its respective counsel, David D. MacKnight, Esquire.

Very truly yours,

William W. Hafer

WWH/'ls
Enclosure
cc: Gates Community Chapel of Rochest, Inc. d/b/a Freedom Village USA
    David D. MacKnight, Esquire
    Mrs. Betty King



# Freedom Village, U.S.A.
LAKEMONT, NEW YORK 14857    (607) 243-4128

PASTOR FLETCHER A. BROTHERS
FOUNDER/DIRECTOR

*Agreement by and between Gates Community Chapel of Rochester, Inc./DBA Freedom Village, U.S.A. and*

__Betty King__
LOAN GRANTOR

*Be it known to all parties that on this date,*

__September 1__  19__89__  __Betty King__
MONTH & DAY      YEAR     LOAN GRANTOR

*did loan to Freedom Village, U.S.A., a ministry of Gates Community Chapel of Rochester, Inc., the sum of $ __47,000.00__*

*The terms of the loan are as follows:*

*The total sum of $ __47,000.00__ is due and payable on __August 30, 1991__*
                                                              DATE

*Interest shall be paid at the rate of __14__ %*
*for the term of the loan and is due __Monthly ($548.33)__*
                                       DATE

*It is the understanding of all parties that the above terms constitute the total understanding of this loan. Any special provisions outside this agreement must be agreed to by both parties and a signed agreement attached to this note.*

_____
FLETCHER A. BROTHERS, PASTOR

_____
LOAN GRANTOR

— A Place of Miracles —