UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    Gates Community Chapel of Rochester, Inc
      aka Gift of Life Home and Eagle Ranch, dba Eagle Printing, dba Freedom Village USA

    Debtor(s)

Case No.: 2-90-21729-PRW
Chapter: 11

Tax ID: 16-1055934


FILED DEC 2 8 2012
BANKRUPTCY COURT
ROCHESTER, NY

## FINAL DECREE AND ORDER CLOSING CASE

WHEREAS, the estate of the above-named debtor was dismissed as of midnight, Eastern time on June 29, 2012, by an Order of this Court entered on July 3, 2012; and

WHEREAS, the Clerk's Office was ordered to delay the closing of this case pending the Court's determination of the disposition of Unclaimed Funds and Retained Funds as those terms are defined in the Order of this Court entered on July 3, 2012; and

WHEREAS, the Court has made its determination of the disposition of Unclaimed Funds and Retained Funds; and

WHEREAS, on December 28, 2012, the Liquidating Agent, by his attorney, C. Bruce Lawrence, Esq., filed his Report on Disbursements of Funds by the Liquidating Agent showing that the Liquidating Agent has distributed funds on hand pursuant to Orders of this Court; it is hereby

ORDERED, that the Clerk's Office shall close this bankruptcy case immediately after entry of this Order.

Dated: December 28, 2012
Rochester, New York

HONORABLE PAUL R. WARREN
United States Bankruptcy Court

Form ORDERGEN
www.nywb.uscourts.gov