# Request for Clerk's Certificate or Certified Copy of Document

DATE: 1/18/13

Request By: David D. MacKnight, Esq.

Mailing Address: 130 E. Main St, PO Box 22878
Rochester NY 14692

Case Number: 90-21729  Chapter: 11

Debtor Name(s): Gates Community Chapel

## Item Requested:

____ *Certificate of Abandonment (Chapter 7 cases, if 11 USC 554(c) elements satisfied) - $11.00

Property Address: _____

____ **Certificate of Search - $11.00

____ *Certified Copy - Discharge Order - $11.00 plus 50 cents per page

____ *Certified Copy - Dismissal Order - $11.00 plus 50 cents per page

____ *Certified Copy – 522(f) Order - $11.00 plus 50 cents per page

____ *Certified Copy - Docket - $11.00 plus 50 cents per page

__X__ *Certified Copy - Other - $11.00 plus 50 cents per page: Order enforcing stay of actions (Docket # 746)

RECEIVED JAN 23 2013 BANKRUPTCY COURT ROCHESTER NY

*If case file is stored with Federal Records Center, $53.00 retrieval fee due

**If case file is stored with Federal Records Center, $53.00 retrieval fee due and $30.00 search fee may apply

## Trustees:

____ Certificate of Trustee Intent to Sell – Public Auction    Property: _____

____ Certificate of Trustee Intent to sell – Private Sale    Property: _____

____ Certificate of Trustee Intent to Abandon    Property: _____

____ Certificate of Trustee Appointment

Total Amount Due: $ 12.00    Receipt #: 9332

(Rev. 6/4/12)